702 F.2d 729
 In the Matter of Orville E. HANSEN, Debtor,
The FIRST NATIONAL BANK OF TEKAMAH, NEBRASKA, Appellee,
v.
Orville E. HANSEN and Virginia Hansen, Appellants.
 No. 83-1223.
 United States Court of Appeals,
Eighth Circuit.
 March 23, 1983.
 
 Appeal from the United States District Court for the District of Nebraska; Clarence Arlen Beam, Judge.
 Before HEANEY, BRIGHT and ROSS, Circuit Judges.
 
 ORDER
 
 1
 For the reasons stated in No. 83-1158, 702 F.2d 728 (8th Cir.1983), this cross-appeal is dismissed.
 
 
 2
 It is so ordered.